AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

Courtney Fraser
_Petitioner_

v.   Case No. 3:22cv 315(OAW)
(Supplied by Clerk of Court)

Warden Caron
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Courtney O. Fraser
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Carl Robinson CI
   (b) Address: 285 Shaker Rd, Enfield, CT 06082
   (c) Your identification number: 343718
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: ____
      (b) Docket number of criminal case: CR15-0285195-S; CR18-0301479-S
      (c) Date of sentencing: September 4, 2015
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Carl Robinson C.I. Prison Conditions Are Unconstitutional.

   (b) Docket number, case number, or opinion number: N/A

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: N/A

   (2) Date of filing:

   (3) Docket number, case number, or opinion number:

   (4) Result:

   (5) Date of result:

   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☐ Yes      ☑ No
    If "Yes," provide:
    (a) Date you were taken into immigration custody: _N/A_
    (b) Date of the removal or reinstatement order: 
    (c) Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes      ☐ No
        If "Yes," provide:
        (1) Date of filing:
        (2) Case number:
        (3) Result:
        (4) Date of result:
        (5) Issues raised:

    (d) Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes      ☑ No
        If "Yes," provide:
        (1) Name of court: _N/A_
        (2) Date of filing:
        (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Unconstitutional Conditions of Confinement, 8th Amendement Violation

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner suffers from a partially collapsed lung, placing him in the heightened category of complications from COVID-19. On 1-2-2022 Correctional Officer Zimmiecki tested positive for COVID-19 while working in 9A, the petitioner's housing unit. 9A was not sanitized with any atomized dispersal units, thus allowing deadly respiratory contagion to remain in the air.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO**: Unconstitutional Conditions of Confinement, 8th Amendment Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On or about 1-14-2022, nine (9) new prisoners arrived in 9A housing unit, the housing unit of the petitioner. Upon information and belief, the nine prisoners were not quarantined pursuant to policy. Several of the prisoners manifested symptoms of illness in the following days. On 1-24-2022, the petitioner tested positive for SARS. As the Respondent failed to quarantine prisoners who may have had infectious maladies.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE**: Unconstitutional Conditions of Confinement, 8th Amendment Violation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Correctional staff regularly wear insufficient 'Personal Protective Equipment' (PPE). Correctional staff regularly do not wear masks while working in petitioner's housing unit, or if they do, they wear sleeve masks, which are insufficient in combating SARS-COVID-19. Upon information and belief, correctional staff are the likely source of viral infection.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Unconstitutional Conditions of Confinement, 8th Amendment Violation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Respondent has failed to take reasonable measures to protect the petitioner from infectious maladies, ultimately putting petitioner's health in peril. Petitioner suffers from a partially collapsed lung and his complications from SARS-COVID 19 were severe.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Because exhaustion would be futile.

**Request for Relief**

15. State exactly what you want the court to do: Order Immediate Release, and or Home Confinement.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

2-16-22

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   2-16-22                              _____
                                              Signature of Petitioner


                                              _____
                                              Signature of Attorney or other authorized person, if any